ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                          )
                                                     )
J&J Maintenance, Inc.                                )   ASBCA Nos.   61498, 61499
                                                     )
Under Contract No.   W912DY-13-D-0018    )

APPEARANCES FOR THE APPELLANT:        Adam K. Lasky, Esq.
                                      Howard W. Roth III, Esq.
                                        Oles Morrison Rinker & Baker, LLP
                                        Seattle, WA

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      Kathryn R. Sommerkamp, Esq.
                                      Garry L. Brewer, Esq.
                                      Steven W. Feldman, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Huntsville

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  July 28, 2020

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61498, 61499, Appeals of J&J Maintenance, Inc., rendered in conformance with the Board's Charter.

Dated:  July 28, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals